UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERTA CARTAGENA,<br><br>            Plaintiff,<br><br>     v.<br><br>CHAU BICH NGUYEN and THUAN THU NGUYEN, trustees,<br><br>            Defendants. | No. 1:16-cv-01211-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 4) |

On September 20, 2016, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. No. 4.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **October 4, 2016**                              _____
                                                                               UNITED STATES DISTRICT JUDGE

1